USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/16/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARA ORECHOVESKY,

                    Plaintiff,

           -against-

BNY ADMINISTRATIVE SERVICES LLC,

                  Defendant.

25-CV-08517 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On June 8, 2026, Plaintiff filed a discovery letter seeking to compel Defendant to run Plaintiff's proposed ESI search terms and provide hit reports. Dkt. No. 15. On June 10, 2026, Defendant filed a letter in response, representing that "[Defendant] is determining the feasibility of providing hit reports for Plaintiff's proposed searches and is willing to work with Plaintiff's counsel to reach agreement on reasonable ESI search parameters." Dkt. No. 16 at 3. Defendant's submission indicates that Plaintiff's letter motion was filed prematurely, before the parties were truly at an impasse. Accordingly, the parties are directed to continue meeting and conferring to try to reach a resolution of their dispute without the Court's intervention. The parties shall file a joint letter by no later than **June 23, 2026** on the status of the dispute and whether any issues remain for the Court to resolve.

The parties' request for an extension to file their ESI agreement is GRANTED. The parties shall file their ESI agreement no later than **June 26, 2026**.

Dated: June 16, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge