Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____         │
│ DATE FILED: 07/01/2026          │
└─────────────────────────────────┘
```

**VIA ECF**

Re:   *Tara Orechovesky v. BNY Administrative Services LLC*, Case No. 1:25-cv-08517

Your Honor:

Pursuant to Your Honor's Order dated June 16, 2026 (Dkt. 19), Plaintiff Tara Orechovesky ("Plaintiff") and Defendant BNY Administrative Services LLC ("BNY") file this joint letter regarding the status of discovery following Plaintiff's June 8, 2026 letter motion to compel.

On June 18, 2026, counsel for BNY provided hit counts of the ESI searches proposed by Plaintiff, with minor modifications to comport with the available search functionality. Given the hit counts for a few of the proposed searches, counsel for BNY proposed making additional modifications. The parties intend to confer on these modifications as well as the date ranges and sources of data to be searched. There are no further issues for the Court to resolve at this time.

We thank the Court for its attention to this matter.

Sincerely,

*/s/ W. John Lee*

W. John Lee

*Attorney for Defendant*

*/s/ Jazly Liriano*

Jazly Liriano

*Attorney for Plaintiff*

The Court appreciates the parties' update. The Clerk of Court is respectfully directed to terminate Dkt. No. 15.

SO ORDERED. Dated July 1, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE