Morgan Lewis

**W. John Lee**
+1.215.963.5210
w.john.lee@morganlewis.com

**VIA ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:** ***Tara Orechovesky v. BNY Administrative Services LLC*, Case No. 1:25-cv-08517**

Your Honor:

We represent Defendant BNY Administrative Services LLC ("Defendant" or "BNY") in the above-referenced matter. We write to request a two-week extension of time for the Parties to submit pre-motion letters, which are presently due on November 30, 2026. Plaintiff consents to this request.

Defendant seeks this extension due to the Court's granting leave for Plaintiff to take the additional deposition of witness Kristen Traver by December 10, 2026. Dkt. 40. There is also a pending Motion to Compel the deposition of witness Anand Satchit by the same date. Dkt. 41. This brief extension of time will allow for the consideration of any testimony elicited from these pending depositions in the pre-motion letters.

If granted, the new deadline for pre-motion letters would be December 14, 2026 and responses thereto would be due December 21, 2026. Accordingly, the Parties also request that the post-fact discovery conference currently scheduled for December 17, 2026 be rescheduled to a date after the December 21, 2026 deadline to respond in the event the Court grants this request.

We thank the Court for its attention to this matter.

Sincerely,

*/s/ W. John Lee*

W. John Lee

*Attorney for Defendant*

GRANTED IN PART. The deadline for the parties to submit their respective pre-motion letters is hereby EXTENDED to **December 14, 2026**. The deadline for the parties to respond is EXTENDED to **December 18, 2026**. The post-fact discovery conference currently scheduled for December 17, 2026, is ADJOURNED until **December 21, 2026**, at **2:00 P.M.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED. Dated November 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE